**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TENNESSEE**

RECEIVED

2022 MAR -2 PM 9: 46

Tasha Peete-Jeffries )

   Plaintiff   )

v.   )                                  Civil Action No. 2:22-cv-02003

   )

   )

Shelby County Schools Board of Education )

Defendant )

## APPLICATION MOTION FOR DEFAULT JUDGMENT

Comes now the plaintiff, Tasha Peete-Jeffries and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant Shelby County Schools Board of Education. In support of this request, relies upon the record in this case and the affidavit submitted herein.

                                                                                           Respectfully submitted,

                                                                                          Tasha Peete-Jeffries

                                                                                          Pro-Se Litigant

## APPLICATION SUPPORT OF ENTRY OF DEFAULT

STATE OF TENNESSEE

COUNTY OF SHELBY

1. A copy of the Summons, together with a copy of the Complaint, was served upon the Defendant by a process server on January 26, 2021. Pursuant to Rule 55, Federal Rules of Civil Procedure, service of process was deemed complete on Defendant on February 11, 2022.

2. That more than thirty days have elapsed since the date on which the said Defendant was served with Summons and a copy of the Complaint.

3. That the Defendant has failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any Answer or other defense.

4. That this Affidavit is executed by affiant herein in accordance with Rule 55, Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant for their failure to answer or otherwise defend as to the Plaintiff's Complaint.

*Tasha Pete-Jeffries*

SWORN TO AND SUBSCRIBED BEFORE ME, this the 1st day of March, 2022.

_____
NOTARY PUBLIC

My Commission Expires:

02/18/2023

[Notary Seal: MISTY WILLIS, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]