IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TASHA L. PEETE-JEFFRIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:22-cv-02003-TLP-tmp |
| v. ) | |
| ) | JURY DEMAND |
| SHELBY COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's pro se Complaint filed on January 3, 2022. (ECF No. 1.) In accordance with the Order Adopting Report and Recommendations, Denying Motion for Default Judgment, and Dismissing Plaintiff's Complaint (ECF No. 25), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

December 13, 2022
Date